**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Tracy L. Cole
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the*
*Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> JEFFRY M. PICOWER, *et al.*, <br><br> Defendants. | Adv. Pro. No. 09-01197 (SMB) |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Irving H. Picard, as Trustee for the substantively consolidated

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff, by and

through his counsel Baker & Hostetler LLP, pursuant to Rule 7041 of the Federal Rules of

Bankruptcy Procedure (incorporating Fed. R. Civ. P. 41), and pursuant to the Settlement

Agreement in the above-captioned action, which was previously approved by this Court (ECF

No. 43), hereby dismisses the above captioned action, with prejudice, and without costs to any of

the parties to the Settlement Agreement.

Dated:       February 18, 2015
             New York, New York

                                        **BAKER & HOSTETLER LLP**

                                        By:  *s/David J. Sheehan*
                                        David J. Sheehan
                                        Tracy L. Cole
                                        Keith R. Murphy
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201
                                        Email:  dsheehan@bakerlaw.com
                                        Email:  tcole@bakerlaw.com
                                        Email:  kmurphy@bakerlaw.com

                                        *Attorneys for Irving H. Picard, Trustee for the*
                                        *Substantively Consolidated SIPA Liquidation of*
                                        *Bernard L. Madoff Investment Securities LLC*
                                        *and the Estate of Bernard L. Madoff*